IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Epps, Donald

Printed: 7/8/08

Case Number: 08 B 05211
Judge: Goldgar, A. Benjamin
Filed: 3/5/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: May 27, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ernesto D Borges Jr Esq | Administrative | 3,000.00 | 0.00 |
| 2. | Condor Capital Corp | Secured | 30,000.00 | 0.00 |
| 3. | Internal Revenue Service | Priority | 44,378.91 | 0.00 |
| 4. | Internal Revenue Service | Unsecured | 2,650.73 | 0.00 |
| 5. | Condor Capital Corp | Unsecured | 1,800.94 | 0.00 |
| 6. | Hurley Medical Center | Unsecured | 63.32 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 335.61 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 2,069.58 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 204.06 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 626.05 | 0.00 |
| 11. | Educational Credit Management Corp | Unsecured | 3,982.74 | 0.00 |
| 12. | State Of Michigan | Priority |  | No Claim Filed |
| 13. | Collection Service Bureau | Unsecured |  | No Claim Filed |
| 14. | Cashland | Unsecured |  | No Claim Filed |
| 15. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 16. | Pay Day Loan Store Of Illinois | Unsecured |  | No Claim Filed |
| 17. | Pay Day Loan Store Of Illinois | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 89,111.94 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Epps, Donald | Case Number:  08 B 05211 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  7/8/08 | Filed:  3/5/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

